F. MALDANADO v. W. P. LANE, COMPTROLLER.

No. 2605.   Decided May 20, 1914.

Mandamus—Question of Fact.

On the filing by respondent of an answer putting in issue facts relied on by relator for obtaining from the Supreme Court a writ of mandamus against the Comptroller, the application must be dismissed.   (P. 350.)

Maldanado filed original petition in the Supreme Court for a writ of mandamus against W. P. Lane as Comptroller, requiring issuance to relator of a license as retail liquor dealer.

James D. Walthall, for relator.

B. F. Looney, Attorney General, and W. A. Keeling, Assistant, for respondent.

MR. CHIEF JUSTICE BROWN delivered the opinion of the court.

The respondent has under oath denied the material allegations of the applicant for mandamus, which makes issues of fact which this court can not try, therefore the application is dismissed.